IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAYLEY MARTORANA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY, an Ohio corporation,<br><br>Defendant. | **CLASS ACTION**<br><br>Case No. 1:22-cv-10613<br><br>**JURY TRIAL DEMANDED** |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff, Hayley Martorana, and Defendant, Progressive Direct Insurance Company, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action as follows:

1. All claims of the Plaintiff, Hayley Martorana, individually, are hereby dismissed with prejudice, with each party to bear their own fees and costs.

Respectfully submitted on February 7, 2024

[*Signatures on following page*]

1

*/s/Andrew J. Shamis*
Andrew J. Shamis, Esq.*
Edwin Eliu Elliott*
Leanna Alexis Loginov*
**SHAMIS & GENTILE, P.A.**
14 NE 1st Avenue, Suite 705
Miami, Florida 33132
Telephone: (305) 479-2299
ashamis@shamisgentile.com
edwine@shamisgentile.com
lloginov@shamisgentile.com

Christopher Gold, Esq.*
**EDELSBERG LAW, PA**
20900 NE 30th Ave, Suite 417
Aventura, Florida 33180
Telephone: 305-975-3320
scott@edelsberglaw.com
chris@edelsberglaw.com

Joseph Henry Bates, III *
Edwin Lee Lowther, III*
**CARNEY BATES & PULLIAM PLLC**
519 West 7th Street
Little Rock, AR 72201
Telephone: (501) 312-8500
hbates@cbplaw.com
llowther@cbplaw.com

Elizabeth A. Ryan
**BAILEY & GLASSER LLP**
176 Federal Street, 5th Floor
Boston, MA 02110
Telephone: 617-439-6730
eryan@baileyglasser.com


*Counsel for Plaintiff*

*/s/Allison Hill White*
Jeffrey S. Cashdan*
Zachary Andrew McEntyre
J. Matthew Brigman*
Allison Hill White*
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
jcashdan@kslaw.com
zmcentyre@kslaw.com
mbrigman@kslaw.com
awhite@kslaw.com

Julia C. Barrett*
**KING & SPALDING LLP**
500 W. 2nd Street, Suite 1800
Austin, Texas 78701
Telephone: (512) 457-2000
Facsimile: (512) 457-2100
Email: jbarrett@kslaw.com

Justin J. Wolosz
**MANATT, PHELPS & PHILLIPS, LLP**
One Beacon Street
Boston, MA 02108
Telephone: 617-646-1443
jwolosz@manatt.com



*Counsel for Defendant*

*Admitted pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 7, 2024, I caused a true and correct copy of the foregoing to be filed via the Court's ECF system, which will send notice to all counsel of record.

/s/ *Andrew J. Shamis*
*Andrew J. Shamis*